JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AGUSTIN CHAVARRIA, | ) | Case No. CV 18-6044-SP |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| ANDREW M. SAUL, Commissioner of Social Security Administration, | ) ) ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

Dated: March 26, 2020

_____
SHERI PYM
United States Magistrate Judge